IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAMOT FEED LOT AND TRUCKING, et al., | ) ) ) |
| Plaintiffs, | ) ) 4:06CV3297 |
| v. | ) ) ) |
| SCOTT HOBSON, et al., | )   ORDER ) |
| Defendants. | ) |

IT IS ORDERED,

The unopposed motion of the "Exchange Defendants" for additional time, filing 23, is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to May 21, 2007.

Dated February 21, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge