IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| MAMOT FEED LOT AND TRUCKING, et al., | ) 4:06CV3297 |
| | ) |
| Plaintiffs, | ) ORDER GRANTING EXCHANGE |
| | )    DEFENDANTS' |
| v. | ) MOTION TO FILE EXHIBITS |
| | )    UNDER SEAL |
| SCOTT HOBSON, et al., | ) |
| | ) |
| Defendants. | ) |

This matter is before the court pursuant to Exchange Defendants' Unopposed Motion to File Exhibits Under Seal (filing 28). For good cause shown, I will grant the motion.

IT IS ORDERED that the motion in filing 28 is granted and the Clerk shall accept for filing under seal Exhibits 1, 2, 3, and 4 offered in support of Exchange Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint or for Summary Judgment.

March 20, 2007                              BY THE COURT

                                            *s/Richard G. Kopf*
                                            United States District Judge