```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MAMOT FEED LOT AND TRUCKING,<br>A Nebraska Partnership, et<br>al., | )<br>)<br>) | 4:06CV3297 |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | ORDER |
| SCOTT HOBSON, et al., | )<br>)<br>) | |
| Defendants. | ) | |

IT IS ORDERED:

1. The joint motion of the parties for stay of this action, filing 33, is granted, and except as agreed among counsel, no discovery or initial disclosures shall be required until after the parties' planning meeting report has been filed.

2. The parties "meet and confer" conference shall be held following the court's ruling on the pending motion to dismiss or for summary judgment.

3. The court's order of February 21, 2007, filing 25, is withdrawn and set aside. The parties' joint report of planning meeting shall be filed within twenty days following the court's ruling on the pending motion to dismiss or for summary judgment.

DATED this 28th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge