IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAMOT FEED LOT AND TRUCKING, et al., | ) ) ) | 4:06CV3297 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| SCOTT HOBSON, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court upon the unopposed motion for an extension of time to respond to two pending motions for summary judgment (filings 26 and 30). I will grant the motion.

IT IS ORDERED that the motion in filing 35 is granted, and plaintiffs shall have until April 30, 2007 to respond to the motions for summary judgment in filings 26 and 30.

April 10, 2007                              BY THE COURT:

*s/Richard G. Kopf*
United States District Judge